# EXHIBIT I

This instrument Prepared By:
Todd Schaney, Delivery Shipper
National City Mortgage Co.
3232 Newmark Drive
Miamisburg, OH 45342

```
Doc No: 00172475
Book: 8546   Page:   142
```

Recording Requested by &
When Recorded Return To:
US Recordings, Inc.
PO Box 19989
Louisville, KY 40259

36815616-02

Parcel:

NCM#: 0004819381  POOL#: 0001206051   25 **PLEASE RECORD 2ND**

MIN and MERS Phone:

**Assignment Of Mortgage**

SPACE ABOVE THIS LINE FOR RECORDER'S USE
GRIFFEE, KENT
Recording District: Providence

10679748

For value received, the undersigned, hereby grants, assigns and transfers to:
Mortgage Electronic Registration Systems, Inc., its successors
and assigns, PO Box 2026 Flint, Michigan 48501-2026
All beneficial interest under that certain Mortgage dated 8/21/2006 executed by:

**Trustor(s)   KENT GRIFFEE**

to for National City Mortgage, a division of National City Bank  recorded 8/22/2006 as Instrument No.: 00151177 in Book/Volume: 8236 Page: 276 of the Official Records of Providence County, Rhode Island describing the land therein:

Property Address:  **178-180 PROGRESS ST, PROVIDENCE, RI  02909**

Legal Description As Per Mortgage Referred to Herein

Together with the Note or Notes therein described or referenced to, the money due and to become due thereon with interest, and all rights accrued or to accrue under said Mortgage.
Assignment Executed to be Effective as of 10/25/2006

**National City Mortgage Co.,**
a subsidiary of National City Bank

MERS Phone: 1-888-679-6377

MIN# 100209610106797483

*State of Ohio   County of Montgomery*

LISA ANDERSON
DELIVERY SHIPPER

On 9/22/2006 before me, KATHLEEN LEWIS the undersigned, a Notary Public in and for the State of Ohio, personally appeared LISA ANDERSON, DELIVERY SHIPPER of National City Mortgage Co., a subsidiary of National City Bank personally known to me to be the person whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her authorized capacity, and that for her signature on the instrument the person, or the entity upon behalf of which she acted, executed the instrument.

KATHLEEN LEWIS, Notary Public in and for the State of Ohio
My Commission Expires: 1/6/2009   My County of Residence: Montgomery

AFTER RECORDING RETURN TO:
Residential Funding Corporation
One Meridian Crossings
Minneapolis, MN 55423

U36815616-02GM01
ASSIGNMENT OF MO
LOAN# 10679748
US Recordings

RECEIVED:
Providence
Received for Record
Feb 13, 2007 at 02:37:47P
Document Num:
Barbara Tronca
Recorder of Deeds
00172475